968

No. 79–6105.  CANTY v. MAHONEY ET AL.  C. A. 4th Cir. Certiorari denied.

No. 79–6113.  OWENS v. MARSHALL, CORRECTIONAL SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 79–6114.  PRESTIGIACOMO v. SMITH, REFORMATORY SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 79–6115.  TERRELL v. ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 79–6118.  SHERROD v. MARYLAND HOUSE OF CORRECTION.  C. A. 4th Cir.  Certiorari denied.

No. 79–6119.  HALL v. IOWA.  Sup. Ct. Iowa.  Certiorari denied.

No. 79–6124.  LeBRUN v. OREGON.  Ct. App. Ore.  Certiorari denied.

No. 79–6125.  COULSTON v. HUTTO, CORRECTIONS DIRECTOR.  C. A. 4th Cir.  Certiorari denied.

No. 79–6126.  HAWKINS v. CRIST, WARDEN, ET AL.  Sup. Ct. Mont.  Certiorari denied.

No. 79–6131.  JONES v. ILLINOIS.  App. Ct. Ill., 5th Dist. Certiorari denied.

No. 79–6132.  MASON v. HARRIS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.  C. A. 4th Cir.  Certiorari denied.